UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-700 (KSH) |
| v. | : | |
| | : | |
| JAMES SANCHEZ | | Hon. Katharine S. Hayden |
| | : | |
| | : | O R D E R |

       This matter having come before the Court on the pretrial motions of the defendant James Sanchez (Peter Carter, Assistant Federal Public defender appearing) and the pretrial motion of the Government (Jacques S. Pierre, Assistant United States Attorney appearing); and a Suppression Hearing having been held on November 17, 2011, and oral arguments having been made by both parties, and for good cause showing,

       IT IS on this 21st day of November, 2011,

       ORDERED that defendant James Sanchez's motion for an Order suppressing the evidence seized by law enforcement, namely 4 rifles, ammunition, and a guitar case, is DENIED;

       ORDERED that defendant James Sanchez's motion for an Order suppressing statements obtained by law enforcement at the scene of the arrest is DENIED; and

       ORDERED that defendant James Sanchez's motion for an Order suppressing statements obtained by law enforcement at the police station during a police interview is DENIED.

                       /s/ Katharine S. Hayden

                       HONORABLE KATHARINE S. HAYDEN
                       United States District Judge